IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

QUINCY TILLIS,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )       CIVIL ACTION NO.  2:13cv342-MEF
                                        )                   (WO)
JEFFREY OWENS, *et al.*,                )
                                        )
        Defendants.                     )

**OPINION and ORDER**

On August 14, 2013, the Magistrate Judge filed a Recommendation in this case to

which no timely objections have been filed.  Upon an independent review of the file in this

case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows that:

1.      The Recommendation is ADOPTED;

2.      The defendants' motions to dismiss (docs. ## 11, 13 & 16) are GRANTED;

3.      This case is DISMISSED with prejudice.

Done this the 9th day of September, 2013.


                        _____/s/ Mark E. Fuller_____
                        UNITED STATES DISTRICT JUDGE