IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUINCY TILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:13cv342-MEF |
| | )                   (WO) |
| JEFFREY OWENS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the

ORDER, JUDGMENT, and DECREE of the court that judgment be and is hereby

ENTERED in favor of the defendants, and against the plaintiff, and that this case be and is

hereby DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 9th day of September, 2013.

                                                /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE